# *IN THE DISTRICT COURT OF THE UNITED STATES*

## *for the Western District of New York*

_____

NOVEMBER 2018 GRAND JURY
(Impaneled 11/02/2018)

**THE UNITED STATES OF AMERICA**

*-vs-*

**SACHIN AJI BHASKAR**

**INDICTMENT**

**Violation:**
Title 18, United States Code,
Section 2422(b)
(1 Count)

### COUNT 1

### (Sexual Enticement of a Minor)

### The Grand Jury Charges That:

On or about August 11, 2018, in the Western District of New York, the defendant, **SACHIN AJI BHASKAR**, using facilities and means of interstate and foreign commerce, that is, a cellular telephone and the internet, did knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, Victim 1, a person known to the Grand Jury, to engage in sexual activity for which any person can be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

DATED:  Buffalo, New York, January 8, 2019.

                    JAMES P. KENNEDY, JR.
                    United States Attorney

BY:    S/WEI XIANG
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5806
        Wei.Xiang@usdoj.gov

A TRUE BILL:

S/FOREPERSON